**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA

VS.                                    4:08CR00171 JTR

CHRISTOPHER J. BREWER

### ORDER

The Government has filed a Motion requesting dismissal of its Petty Offense Information charging Defendant with failing to properly dispose of garbage within the National Forest System in violation of 36 C.F.R. § 261.11(d). (Docket entry #12.) According to the Government, the summons issued in this case has been returned unexecuted, and therefore leave to dismiss is appropriate.

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and General Order 52 of the Eastern District of Arkansas, the Government's Motion will be granted.

IT IS THEREFORE ORDERED THAT the Government's Motion to Dismiss (docket entry #12) is GRANTED.

Dated this 18th day of March, 2009.

_____
UNITED STATES MAGISTRATE JUDGE